UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GERARDO MARTINEZ,**

   Petitioner,

v.                                                   No. 4:23-cv-0983-P

**WARDEN, FMC FORT WORTH**

   Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Gerardo Martinez under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion.

**SO ORDERED** on this **5th day** of **January, 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE